UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

CLOUD 1, LLC,

    Plaintiff,

v.

LA CROSSE COUNTY BOARD OF SUPERVISORS, and
LA CROSSE COUNTY, WISCONSIN,

    Defendants.

Case No. 19-cv-590

## FINAL JUDGMENT

In accordance with the Stipulation for Entry of Judgment, it is **ORDERED, ADJUDGED,** and **DECREED,** that **JUDGMENT** is entered in favor of Plaintiff and against Defendants as to Plaintiff's First and Second Claims for Relief. Defendant is, therefore, **ORDERED**, within ten (10) days of this Final Judgment, to approve Plaintiff's application to construct a 250-foot communications tower as set forth in the Complaint, subject to the conditions recommended by the County Planning, Resources and Development Committee on June 3, 2019, and issue all necessary zoning and building permits. Plaintiff's Third Claim for Relief is hereby **DISMISSED** with prejudice. Costs limited to Plaintiff's filing fees ($400.00) are taxed against Defendants. The case is closed; however, the Court will retain jurisdiction for enforcement purposes.

Dated at Madison, Wisconsin, this 7TH day of October, 2019.

BY THE COURT:

_____
Stephen Crocker
United States Magistrate Judge

Entered this 8th day of October, 2019.

4825-1691-5877.1

    s/ K. Frederickson, Deputy Clerk
Peter A. Oppeneer, Clerk of Court